April 7, 2020

Clerk of Court
U.S. District Court
District of Minnesota
Warren E. Burger Federal Building & Courthouse
316 Robert Street, Suite 100
St. Paul, MN 55101

RECEIVED BY MAIL
APR 13 2020
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

RE: Fath vs American Honda Motor Co. Case No. 18-cv-1549

To the Court,

I wish to comment on this case. At this time I have no claim for any loss, however I wish to receive the extended warranty and have the right to sue if a loss does occur in the future.

Jeremiah J. Holmes
3904 Spring Hill Drive
Edmond, OK 73013
405-203-6966
Purchase Date: November 2018
Model: 2018 Honda CR-V Touring
PIN: 2HKRW2H90JH687845
I have reviewed the Settlement Class definition, and understand I am a Settlement Class Member
I do not object, since I have no loss at this time.

_____
Jeremiah J. Holmes

SCANNED
APR 13 2020
U.S. DISTRICT COURT ST. PAUL