UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| TROY FATH, HIGINIO BAUTISTA, and CHRISTOPHER HAMILTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No. 0:18-cv-01549-NEB-LIB<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR CLASS COUNSEL FEES AND EXPENSES AWARD AND NAMED PLAINTIFFS' SERVICE AWARDS** |

Plaintiffs in the above-captioned action, by and through their undersigned attorneys, respectfully move the Court to enter an Order Granting Plaintiffs' Unopposed Motion for Class Counsel Fees and Expenses Award and Named Plaintiffs' Service Awards.

This Motion is based on the pleadings, files and records herein, including Plaintiffs' Memorandum of Law, declarations from counsel, and supporting documents.

Dated: July 9, 2020

/s/ *Matthew D. Schelkopf*
Matthew D. Schelkopf (*Admitted pro hac vice*)
**Sauder Schelkopf LLC**
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
mds@sstriallawyers.com

*Lead Counsel*

1

Daniel C. Hedlund (#258337)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail:     dhedlund@gustafsongluek.com

*Liaison Counsel*

Matthew R Mendelsohn
**Mazie Slater Katz & Freeman, LLC**
103 Eisenhower Parkway
Roseland, NJ 07068
Telephone: 973-228-9898
mrm@mazieslater.com

*Chair of the Executive Committee*

Nicholas A. Migliaccio
Jason S. Rathod
**Migliaccio & Rathod LLP**
412 H Street N.E., Ste. 302
Washington, DC 20002
Tel: (202) 470-3520

*Executive Committee*

3

## **CERTIFICATE OF SERVICE**

    I, Matthew D. Schelkopf, hereby certify that on this 9th day of July, 2020, I caused the foregoing to be filed using the Court's CM/ECF system, and thereby electronically served it upon all registered ECF users in this case.

DATED: July 9, 2020

                                                        */s/ Matthew D. Schelkopf*
                                                        Matthew D. Schelkopf